# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC NOEL MEZA, | Case No. CV 11-1540 ODW (JCG) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. Plaintiff filed no objections to the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

(1)   The Report and Recommendation is approved and accepted; and

(2)   Judgment shall be entered dismissing this action without prejudice.

IT IS FURTHER ORDERED THAT the Clerk serve copies of this Order and the Judgment on the parties.

Dated: July 10, 2012

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE