1
2
3
4
5
6 UNITED STATES DISTRICT COURT
7 CENTRAL DISTRICT OF CALIFORNIA
8
9 ERIC NOEL MEZA,                ) Case No. CV 11-1540 ODW (JCG)
10            Plaintiff,          )
11      v.                        ) **JUDGMENT**
12 MICHAEL J. ASTRUE,             )
   COMMISSIONER OF SOCIAL        )
13 SECURITY ADMINISTRATION,       )
14                                )
              Defendant.          )
15                                )
16

    IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the above-captioned action is DISMISSED WITHOUT PREJUDICE.

Dated: July 10, 2012             _____
                                 HON. OTIS D. WRIGHT II
                                 UNITED STATES DISTRICT JUDGE