# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC NOEL MEZA, | Case No. CV 11-1540 ODW (JCG) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the above-captioned action is DISMISSED WITHOUT PREJUDICE.

Dated: July 10, 2012        _____
                                                  HON. OTIS D. WRIGHT II
                                                  UNITED STATES DISTRICT JUDGE